IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: GOULD, PATRICIA A. ) CASE NO. 09-40263
AND DANIEL W.
DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 10115 in the amount of $8.42.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Primary Care Associates<br>602 Parmalee Ave., Suite 400<br>Youngstown, OH 44510 | $4.12 |
| Dr. Salim El-Hayek<br>515 N. Meridian Rd.<br>Youngstown, OH 44509 | $2.51 |
| Chandler M. Kohli, MD<br>540 Parmalee Ave., Suite 310<br>Youngstown, OH 44510 | $1.79 |

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)